UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

*190256*

*nung 3/12/10 KLH*

RECEIVED

10 MAR 12 AM 9:29

U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

| IN RE: | UNCLAIMED DIVIDENDS FOR<br>DEPOSIT TO REGISTRY FUND |
|---|---|
| JEREMIE D HUFF | |
| | Debtor(s)    **CASE NO. BKY 04-43833 NCD** |

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Jeremie D. Huff in the amount of $1.00, were unclaimed.

CREDITOR:                          CLAIM NUMBER:        AMOUNT:
Jeremie D. Huff                                         $1.00
410 Arboretum Blvd.
Chaska, MN 55318

ACCOUNT NUMBER:
REFUND

**Jasmine Z. Keller, Trustee**

Dated: March 11, 2010

/s/ Jasmine Z. Keller/jj
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee